UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

RAB LEWIN,

                             Plaintiff,

       - against -

BEASLEY BROADCAST GROUP, INC.

                           Defendant.

Docket No.

JURY TRIAL DEMANDED

---

## COMPLAINT

Plaintiff Rab Lewin ("Lewin" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Beasley Broadcast Group, Inc. ("Beasley" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the rock band Nirvana, owned and registered by Lewin, a professional photographer. Accordingly, Lewin seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Florida

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Lewin is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at In der Hostert 3, Ralingen 54310 Germany.

6.      Upon information and belief, Beasley is a domestic business corporation duly organized and existing under the laws of the State of Florida, with a place of business at 3033 Riviera Drive, Suite 200, Naples, Florida 34103. Upon information and belief Beasley is registered with the Florida Department of State Division of Corporations to do business in the State of Florida. At all times material, hereto, Beasley has owned and operated a website at the URL: www.Rock929Rocks.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Lewin photographed the rock band Nirvana (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Lewin is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with the United States Copyright Office and was given registration number VA 2-145-482.

**B.     Defendant's Infringing Activities**

10.     Beasley ran an article on the Website titled *On This Day in 1991 Nirvana Performed "Smells Like Teen Spirit" For The First Time*. See URL: https://rock929rocks.com/2018/04/17/day-1991-nirvana-performed-smells-like-teen-spirit-first-time/. The article featured the Photograph. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11.     Beasley did not license the Photograph from Plaintiff for its article, nor did Beasley have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

13.     Beasley infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Beasley is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**SECOND CLAIM FOR RELIEF**
**INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST**
**DEFENDANT**
**(17 U.S.C. § 1202)**

17.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-16 above.

18.     Upon information and belief, intentionally and knowingly removed copyright

management information identifying Plaintiff as the photographer of the Photograph.

19.     The conduct of Beasley violates 17 U.S.C. § 1202(b).

20.     Upon information and belief, Beasley's falsification, removal and/or alteration of

the aforementioned copyright management information was made without the knowledge or

consent of Plaintiff.

21.     Upon information and belief, the falsification, alteration and/or removal of said

copyright management information was made by Beasley intentionally, knowingly and with the

intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the

Photograph. Beasley also knew, or should have known, that such falsification, alteration and/or

removal of said copyright management information would induce, enable, facilitate, or conceal

their infringement of Plaintiff's copyright in the Photograph.

22.     As a result of the wrongful conduct of Beasley as alleged herein, Plaintiff is

entitled to recover from Beasley the damages, that he sustained and will sustain, and any gains,

profits and advantages obtained by Beasley because of their violations of 17 U.S.C. § 1202,

including attorney's fees and costs.

23.     Alternatively, Plaintiff may elect to recover from Beasley statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Beasley be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     The Defendant Beasley be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3.     That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4.     That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6.     That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

7.      That Plaintiff be awarded punitive damages for copyright infringement;

8.      That Plaintiff be awarded attorney's fees and costs;

9.      That Plaintiff be awarded pre-judgment interest; and

10.     Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated: Miami, Florida
       August 1, 2019

SANACHELIMA & ASSOCIATES, P.A.

By: /s/ Chris Sanchelima
       Chris Sanchelima
235 SW Le Jeune Road
Miami, Florida 33134
Direct: 305-447-1617
Chris@Sanchelima.com

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
      Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
(*Pro Hac Vice Forthcoming*)

*Attorneys for Plaintiff Rab Lewin*