UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAB LEWIN,

    Plaintiff,

v.   Case No: 2:19-cv-540-FtM-29MRM

BEASLEY BROADCAST GROUP, INC.,

    Defendant.

## ORDER

This matter comes before the Court on review of Defendant's Motion to Dismiss Amended Complaint (Doc. #28) filed on October 28, 2019. Plaintiff has not filed a response pursuant to M.D. Fla. R. 3.01(b), and the time to do so has expired.

Accordingly, it is hereby

**ORDERED:**

Plaintiff shall file a response to the Motion to Dismiss Amended Complaint (Doc. #28) within **fourteen (14) days** of this Order. If no response is filed, the Court will rule on the motion without further notice and without the benefit of a response.

**DONE and ORDERED** at Fort Myers, Florida, this __18th__ day of November, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of Record