```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

RAB LEWIN,

      Plaintiff,

v.                               Case No:  2:19-cv-540-FtM-29MRM

BEASLEY BROADCAST GROUP, INC.,

      Defendant.

_____

## ORDER

This matter comes before the Court on review of plaintiff's Notice of Settlement (Doc. #30) filed on November 19, 2019, indicating that the parties reached a settlement in principle, and a stipulation for dismissal will be filed within 30 days. The two-sentence, one-page document is signed simply as follows:

    <u>/s/Richard Liebowitz</u>
    Richard Liebowitz

Under Middle District of Florida Local Rule 1.05(d),

> All pleadings, motions, briefs, applications and other papers tendered by counsel for filing shall be signed personally by counsel as required by Rule 11, Fed. R. Civ. P. Immediately under every signature line, additional information shall be given as indicated in the example below:
>
> <u>(Signature of Counsel)</u>
> Typed Name of Counsel
> Florida Bar Identification Number (if admitted to practice in Florida)
> Firm or Business Name
> Mailing Address
> City, State, Zip Code

       Telephone Number
       Facsimile Phone Number (if available)
       E-mail address

M.D. Fla. R. 1.05(d).  As the document fails to comply with Fed. R. Civ. 11(a), the document will be stricken.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Notice of Settlement (Doc. #30) is **STRICKEN.**

**DONE and ORDERED** at Fort Myers, Florida, this ___20th___ day of November, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record